IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-107-SDJ-KPJ |
| | § | |
| LOUIS TUBBS (1) | § | |
| | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 22, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Tracey Batson.

On September 25, 2012, United States District Judge Marcia A. Crone sentenced Defendant to a term of one hundred eighty-eight (188) months' imprisonment, four (4) years of supervised release, and a special assessment fee of $100. On October 29, 2012, Defendant's term of imprisonment was reduced to one hundred twenty-six (126) months pursuant to Fed. R. Crim. P. 35(b). On December 21, 2021, the case was reassigned to United States District Judge Sean D. Jordan.

On March 2, 2022, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 102). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; and (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The Petition asserts that Defendant violated these conditions because: Defendant submitted urine specimens on December 10, 2021, December 23, 2021, January 3, 2022, and January 31, 2022, all of which tested positive for marijuana.

At the March 22, 2022 hearing, Defendant entered a plea of true to allegations 1 and 2. *See* Dkt. 110. Defendant also consented to revocation of his supervised release and waived his right to appear before the District Judge. *See* Dkt. 111. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 22, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, to be followed by a term of twenty-four (24) months of supervised release with the first four (4) months of supervised release to be served as home detention and the remaining twenty (20) months of supervised released to be served under the same conditions previously imposed. Additionally, the Court recommends Defendant be placed at a Federal Bureau of Prisons facility in the Dallas/Fort Worth, Texas area, if appropriate.

**So ORDERED and SIGNED this 23rd day of March, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE