IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:11-CR-107-SDJ-KPJ** |
| | § | |
| **LOUIS TUBBS (1)** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 22, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #110) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, to be followed by a term of twenty-four (24) months of supervised release with the first four (4) months of supervised release to be served as home detention and the remaining twenty (20) months of supervised released to be served under the same conditions previously imposed. Additionally, the Magistrate Judge recommended Defendant be placed at a Federal Bureau of Prisons facility in the Dallas/Fort Worth, Texas area, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #111), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, to be followed by a term of twenty-four (24) months of supervised release with the first four (4) months of supervised release

to be served as home detention and the remaining twenty (20) months of supervised released to be served under the same conditions previously imposed. Additionally, the Court recommends Defendant be placed at a Federal Bureau of Prisons facility in the Dallas/Fort Worth, Texas area, if appropriate.

**So ORDERED and SIGNED this 18th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE